The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>TODD GROSS,<br><br>Defendant. | NO. CR23-5262 RAJ<br><br>**ORDER FOR RESTITUTION** |

On or about October 18, 2024, this Court entered an Order terminating Defendant's participation in the Drug Reentry Alternative Model (DREAM) program, granted Defendant's request to withdraw his previously entered guilty plea, and granted the government's request to dismiss the criminal charges filed in this case with prejudice.

In addition, the Court having reviewed the parties' *Stipulation for Order Regarding Payment of Restitution and Retention of Jurisdiction for Enforcement* filed on or about October 18, 2024, hereby accepts the *Stipulation* as drafted and orders:

1. The Court finds, pursuant to 18 U.S.C. § 3664(h), the Defendant is liable for restitution in the amount of $218,908.40.

2. Restitution in the amount of $218,908.40 to Lululemon shall be due and payable immediately. All payments shall be made to the United States District Court for the Western District of Washington, with the Clerk forwarding money received to the victim as follows:

ORDER FOR RESTITUTION
*United States v. Todd Gross/*CR23-5262 RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Lululemon
1280 Burrard Street – 11th Floor
Vancouver, BC V6Z1Z1

3. Defendant shall continue making restitution payments through the clerk of the court in the amount of no less than $100 per month with the minimum payment subject to revision by order of the Court depending upon Defendant's financial circumstances, until the restitution obligation is satisfied. Payments shall be made to the United States District Court, Western District of Washington, referencing case No. CR23-5262 RAJ, using one of the following methods:

    a. Online payments through the U.S. Treasury website, Pay.gov, using a checking account, savings account or a card (credit, debit or prepaid);

    b. Personally or by First Class Mail to:

        United States District Court, Western District of Washington
        Attn: Financial Clerk – Lobby Level
        700 Stewart Street
        Seattle, Washington 98101

4. Compliance with this obligation shall be enforced as follows:

    a. Defendant shall report all restitution payments, specifying the amounts paid and providing proof of payment, in writing to United States Probation, U.S. Probation Office – Western District of Washington, 700 Stewart Street, Suite 11101, Seattle, Washington 98101, and the U.S. Attorney's Office, Attn: DREAM Executive Review Team, 700 Stewart Street, Suite 5220, Seattle, Washington 98101, on a quarterly basis, that is, within one week following expiration of each 90-day period after dismissal of criminal charges;

    b. Defendant shall report employment and wage information, specifying employer name, address and phone number, and wage/salary amount, in writing to United States Probation and the U.S. Attorney's Office, within one week after employment commences;

    c. Defendant shall report change of residential address and phone number in writing to United States Probation and the U.S. Attorney's Office within one week of a change;

///

///

ORDER FOR RESTITUTION
*United States v. Todd Gross*/CR23-5262 RAJ - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

      d.    In the event the U.S. Attorney's Office believes Defendant has defaulted on his restitution obligation, it shall first advise him in writing and provide an opportunity to cure the default or submit a written explanation to the U.S. Attorney's Office within one week of receiving the default notice;

      e.    If, after reviewing Defendant's response, the U.S. Attorney's Office continues to believe Defendant has defaulted on his restitution obligation, it shall file with the court an *ex parte* application seeking an order to show cause why Defendant should not be held in contempt for failing to comply with the Court's order regarding restitution.

5.    This Court shall retain jurisdiction over this matter for purpose of enforcing this Order.

IT IS SO ORDERED.

DATED this 18th day of October, 2024.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge
Western District of Washington
DREAM Judicial Officer

ORDER FOR RESTITUTION
*United States v. Todd Gross/*CR23-5262 RAJ - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970